ACCEPTED
04-15-00008-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/7/2015 4:13:46 PM
KEITH HOTTLE
CLERK

## 04-15-00008-CV

CAUSE NO. 13-192

| | | |
|---|---|---|
| BAKKE DEVELOPMENT CORP., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 216th JUDICIAL DISTRICT |
| | § | |
| EDDIE L. ALBIN and KIM A. ALBIN, | § | |
| | § | |
| Defendants. | § | KENDALL COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/7/2015 4:13:46 PM
KEITH E. HOTTLE
Clerk

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Under Rule 25.1 of the Texas Rules of Appellate Procedure, Plaintiff BAKKE DEVELOPMENT CORP. ("Bakke") of the above action, files this notice of appeal to the Fourth Court of Appeals. Bakke desires to appeal from the judgment rendered on December 8, 2014 by the Honorable Bill Palmer, the Presiding Judge of the 216th Judicial District.

Respectfully submitted,

HORNBERGER FULLER & GARZA INC.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209
(210) 271-1700 - Telephone
(210) 271-1730 - Facsimile

MARK A. RANDOLPH
State Bar No. 00791484
RUDY A. GARZA
State Bar No. 07738200

ATTORNEYS FOR PLAINTIFF

{00077297.2}

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on the following, as indicated, on this the 7th day of January, 2015:

Mr. Matthew E. Vandenberg
JACKSON WALKER L.L.P.
112 E. Pecan Street, Suite 2400
San Antonio, Texas  78205

**_VIA HAND DELIVERY_**

MARK A. RANDOLPH